PROB 12C
(7/93)

Report Date: November 17, 2010

## United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 17 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marc Steven White         Case Number: 2:04CR02155-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/12/2005

Original Offense:      Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 78 Months;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Gregory M. Shogren            Date Supervision Commenced: 09/24/2010

Defense Attorney:      Alex B. Hernandez, III        Date Supervision Expires: 09/23/2013

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: Mark Steven White submitted urinalysis tests on October 20, 27, and November 5, 2010, which tested positive for methamphetamine. Laboratory results confirmed the positive drug tests. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mark Steven White failed to report to the U.S. Probation Office in Seattle, Washington, on November 8, 2010.<br><br>On November 5, 2010, the defendant reported to his supervising probation officer in Seattle, Washington, and was directed to report back for an office visit on November 8, 2010, but he failed to comply. To date, the defendant has failed to contact the U.S. Probation Office and his current whereabouts are unknown at this time. |

Prob12C
Re: White, Marc Steven
November 17, 2010
Page 2

    3    **Special Condition # 16**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**Supporting Evidence**: Marc Steven White failed to report for a urinalysis test on November 8, 2010.

On November 5, 2010, the defendant reported to his supervising probation officer in Seattle, Washington, and was directed to report back for a urinalysis test on November 8, 2010. The defendant failed to report as directed on November 8, 2010, and his whereabouts are unknown at this time.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/17/2010

s/Jose Vargas

U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer for & on behalf of Wm F. Nielsen USDJ

11/17/10
Date