PROB 12C
(7/93)

Report Date: January 11, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 1 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Marc Steven White         Case Number: 2:04CR02155-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 7/12/2005

Original Offense:     Possession of a Firearm by a Prohibited Person, 19 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 78 Months         Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Gregory M. Shogren         Date Supervision Commenced: 1/5/2013

Defense Attorney:     Alex B. Hernandez, III     Date Supervision Expires: 3/4/2014

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Marc White is considered in violation of his period of supervised release by making himself unavailable for supervision on or prior to January 10, 2013.

On January 10, 2013, the defendant's mother called the probation office and advised the defendant had not returned home the evening of January 9, 2013. She also advised she had no idea where he might be.

On January 11, 2013, contact was made with the defendant's step father at the defendant's residence. It was confirmed the defendant had not been home since January 9, 2013, and he had not made any contact with the family. At this time the defendant's whereabouts are unknown.

Prob12C
Re: White, Marc Steven
January 11, 2013
Page 2

|   |   |   |
|---|---|---|
| 2 | | **Special Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Marc White is considered in violation of his period of supervised release by failing to schedule an assessment for chemical dependancy treatment on or prior to January 9, 2013.

On January 7, 2013, the defendant was directed to contact First Step Community Counseling no later than January 9, 2013, to schedule his chemical dependancy assessment. He was provided with all contact information and directed to report in person to set the appointment. The defendant failed to make contact with First Step Community Counseling.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/11/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

1/11/13
Date