PROB 12C
(7/93)

Report Date: January 23, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 2 3 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Marc Steven White | Case Number: 2:04CR02155-001 |
| Address of Offender: ███████████ | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  7/12/2005

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 19 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 78 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: | 1/5/2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | 3/4/2014 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/11/2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Marc White is considered in violation of his period of supervised release by committing the offense of possession of a controlled substance on or before January 14, 2013. |
| | On January 14, 2013, U.S. Marshals Service and officers with the Kennewick Police Department observed the defendant outside an apartment in Kennewick. The defendant left the apartment with two other individuals in a vehicle. Officers pulled the vehicle over and contacted the occupants. After being taken out of the vehicle, the defendant was searched for weapons. During this search a plastic Ziploc bag with a "clear crystal material" was located in the defendant's left front pants pocket. This material was field tested and returned presumptive positive for the presence of methamphetamine. The material was forwarded for confirmation. The defendant was booked into the Benton County Jail under case number 13-1-00093-1, for possession of a controlled substance. The defendant's next court hearing |

in Benton County is scheduled for February 13, 2013. A U.S. Marshal hold is currently in place for the defendant.

4     **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Marc White is considered in violation of his period of supervised release by associating with Paul David Gross and Jonathan Mo, who are convicted felons, on or prior to January 14, 2013.

As noted above, the defendant was contacted in a vehicle with two other individuals. Officers identified Mr. Mo and Mr. Gross as the other occupants. Both individuals are convicted felons and had outstanding warrants at the time of the contact.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/23/2013

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

Jan 23, 2013
Date